United States District Court
Northern District of New York

| | | |
|---|---|---|
| CHELSEA BAKER,<br>   *Plaintiff*, | ) <br> ) <br> ) | Case 8:23-cv-00600-DJS |
| v. | ) <br> ) | |
| KILOLO KIJAKAZI,<br>Acting Commissioner of<br>the Social Security<br>Administration,<br>   *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Stipulation – Document Filed Electronically |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED:

Respectfully Submitted,

/s/ Daniel J. Stewart
Daniel J. Stewart
U.S. Magistrate Judge

Dated: 10/23/2023
Albany, NY

KILOLO KIJAKAZI,	PLAINTIFF,

By Her Attorneys,	By Her Attorney,

Carla B. Freedman,
United States Attorney

 */s Kathryn Pollack*       */s/ Mark Schneider*
Kathryn Pollack           Mark A. Schneider
Special Assistant U.S. Attorney     Attorney for Chelsea Baker
Office of Program Litigation, Office 2   57 Court Street
Social Security Administration     Plattsburgh, NY 12901
Office of the General Counsel     (518) 566-6667
6401 Security Blvd         Fax: (518) 566-6667
Baltimore, MD 21235       Email: mark@northcountrylaw.com
(212) 264-2331
Email: kathryn.pollack@ssa.gov